

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WILLIAM ANDERSON<br><br>Defendant. | CR NO: 1:17-cr-00089 DAD/BAM |

**FILED**
APR 6 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Richard William Anderson
Detained at: Fresno County Jail
Detainee is:
   a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
       charging detainee with: 18/2252(a)(2)-Receipt and Distribution of Material Involving the Sexual Exploitation of Minors
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
   a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on April 19, 2017 @ 2 p.m. before Duty Magistrate in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ David L. Gappa |
| Printed Name & Phone No: | DAVID L. GAPPA, Assistant U.S. Attorney |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on April 19, 2017 @ 2 p.m. before Duty Magistrate and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4-6-17

Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | 1715162 | DOB: | 06/23/1958 |
| Facility Address: | Fresno and "M" Streets, Fresno, CA | Race: | White |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
                                              (signature)