PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-00089-DAD-BAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| RICHARD WILLIAM ANDERSON, | |
| Defendant. | |

Based upon the plea agreement entered into between the United States of America and defendant Richard William Anderson, it is hereby ORDERED, ADJUDGED, and DECREED:

1. Pursuant to 18 U.S.C. § 2253, defendant Richard William Anderson's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. HP Pavilion A1020N desktop computer with serial number SNH51705XJ, seized from defendant by law enforcement on or about February 9, 2017;

    b. Seagate 40 gigabyte hard drive with serial number 5MQ0HRS7, seized from defendant by law enforcement on or about February 9, 2017;

    c. 32 gigabyte SanDisk Cruzer Glide USB drive with serial number 2005123390030193714C, seized from defendant by law enforcement on or about February 9, 2017;

    d. 8 gigabyte SanDisk Cruzer Glide USB drive seized from defendant by law enforcement on or about February 9, 2017;

    e. 2 gigabyte Sony USB drive seized from defendant by law enforcement on or about February 9, 2017;

    f. 4GB SanDisk USB storage device; and

    g. Samsung SM-G530AZ Galaxy Grand Prime, IMEI 357549061822032.

  2. The above-listed assets constitute property which contains any visual depiction which was produced, transported, mailed, shipped, or received in violation of 18 U.S.C. § 2252(a)(2), or were used or intended to be used to commit or to promote the commission of such offense, all in violation of 18 U.S.C. § 2253.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

///

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **August 2, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE