**ROGER D. WILSON SBN: 192207**
LAW OFFICE OF ROGER D. WILSON
2377 West Shaw Avenue, Suite 208
Fresno, California 93711
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
Email: roger@wilson-law.com

Attorney for Defendant, RICHARD WILLIAM ANDERSON

f(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WILLIAM ANDERSON,<br><br>Defendant. | Case No.: **1:17 CR 00089 DAD BAM**<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER** |

Defendant RICHARD WILLIAM ANDERSON, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record PHILLIP A. TALBERT, United States Attorney and DAVID L. GAPPA, Assistant U.S. Attorney, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing October 30, 2017 at 10:00 a.m. in Courtroom 5.

2. By this stipulation, counsel for the defendant moves to continue the sentencing to January 22, 2018, or at a time thereafter that is convenient to the court.

3. The parties agree and stipulate and request that the Court find the following:

    a. On July 24, 2017 MR. ANDERSON entered a guilty plea in accordance with the Plea Agreement on file with the Court;

  b. Counsel for MR. ANDERSON interviewed MR. ANDERSON on October 18, 2017 pursuant to reviewing MR. ANDERSON'S proposed sentence;

  c. At the time of said interview, counsel for MR. ANDERSON discovered that MR. ANDERSON had not been receiving his prescribed medications, rendering MR. ANDERSON ill and incapable of participating in the review of the sentencing documents. Therefore, counsel for MR. ANDERSON is requesting additional time to allow MR. ANDERSON to recover from his lack of medication induced illnesses in order to fully review the proposed sentencing materials prior to the imposition of sentence.

4. Counsel for MR. ANDERSON discussed the request to continue the sentencing with Assistant United States Attorney David L. Gappa before making the request of the Court. The parties have agreed to continue the date for sentencing to January 22, 2018.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: October 24, 2017 By: /s/ *Roger D. Wilson*
          **ROGER D. WILSON**
         Attorney for RICHARD WILLIAM ANDERSON

Dated: October 24, 2017 By: /s/ David L. Gappa
          DAVID L. GAPPA
         Assistant United States Attorney

--o0o--

**O R D E R**

Defendant RICHARD WILLIAM ANDERSON'S request for a continuance of his sentencing hearing and stipulation thereto came before this Court, and based thereon, and for **GOOD CAUSE** shown, **IT IS HEREBY ORDERED** that the sentencing is continued to January 22, 2018 at 10:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

Dated: **October 25, 2017**       _____
                                   UNITED STATES DISTRICT JUDGE