McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-CR-00089-DAD-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| RICHARD WILLIAM ANDERSON, | |
| Defendant. | |

WHEREAS, on August 2, 2017, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Richard William Anderson in the following property:

      a. HP Pavilion A1020N desktop computer with serial number SNH51705XJ, seized from defendant by law enforcement on or about February 9, 2017;

      b. Seagate 40 gigabyte hard drive with serial number 5MQ0HRS7, seized from defendant by law enforcement on or about February 9, 2017;

      c. 32 gigabyte SanDisk Cruzer Glide USB drive with serial number 2005123390030193714C, seized from defendant by law enforcement on or about February 9, 2017;

      d. 8 gigabyte SanDisk Cruzer Glide USB drive seized from defendant by law enforcement on or about February 9, 2017;

    e. 2 gigabyte Sony USB drive seized from defendant by law enforcement on or about February 9, 2017;

    f. 4GB SanDisk USB storage device; and

    g. Samsung SM-G530AZ Galaxy Grand Prime, IMEI 357549061822032.

  AND WHEREAS, beginning on August 18, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Richard William Anderson.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The Department of Homeland Investigation, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **January 30, 2018**

                *Dale A. Drozd*
                UNITED STATES DISTRICT JUDGE